1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRIS KALTSAS (NYBN 5460902)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        chris.kaltsas2@ usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,              ) CIVIL CASE NO. 21-04060 YGR
                                            ) [Filed May 27, 2021]
14 |       Plaintiff,                       )
                                            )
15 |   v.                                   ) AMENDED NOTICE OF RELATED CASE
                                            ) IN A CRIMINAL ACTION
16 |                                        )
   TWO CONDOMINIUMS LOCATED AT 465          )
17 | OCEAN DRIVE, UNITS 315 AND 316,        )
   MIAMI BEACH, FLORIDA 33139               )
18 |                                        )
                                            )
19 |       Defendants.                      )

20 | UNITED STATES OF AMERICA,              ) CRIMINAL CASE NO. 21-0116 CRB
                                            ) [Filed March 18, 2021]
21 |       Plaintiff,                       )
                                            )
22 |   v.                                   )
                                            )
23 | ZACHARY SCHULZ APTE,                   )
          a/k/a ZACHARY APTE,               )
24 |      a/k/a ZAC APTE,                   )
                                            )
25 |      and                               )
                                            )
26 | JESSICA SUNSHINE RICHMAN,              )
          a/k/a/ JESSICA RICHMAN,           )
27 |                                        )
           Defendants.                      )

28

The United States, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned cases are related, and that the above-captioned criminal case may be related to a pending civil case in this District.

A criminal indictment in *United States of America v. Zachary Schulz Apte and Jessica Richman*, Case No. 21-CR-0116, was filed on March 18, 2021. The indictment charges Zachary Apte and Jessica Richman with one count of conspiracy to commit health care fraud, 18 U.S.C. § 1349; fourteen counts of health care fraud, 18 U.S.C. §§ 1347 and 2; five counts of aggravated identity theft, 18 U.S.C. §§ 1028A and 2; one case of conspiracy to commit securities fraud, 18 U.S.C. § 371; ten counts of wire fraud, 18 U.S.C. §§ 1343 and 2; and nine counts of securities fraud, 15 U.S.C. §§ 78j(b), 78ff; 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2.  The indictment further charges Apte with two counts of money laundering, 18 U.S.C. §§ 1957 and 2; and it charges Richman with four counts of money laundering, 18 U.S.C. §§ 1957 and 2. The indictment also includes a criminal forfeiture allegation, under 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(b)(1) and 28 U.S.C. § 2461(c), seeking forfeiture, upon conviction, of the proceeds of the criminal activity related to the charged securities fraud and health care fraud, and any property involved in the money laundering offenses.  The indictment details Apte's and Richman's participation in a scheme to make misrepresentations to health care benefit programs concerning the propriety of insurance claims made in connection with the testing of fecal matter of patients, which were then used to fraudulently obtain investor funds to further the goals of their company, uBiome.

This civil forfeiture action, *United States of America v. Condominiums Located at 465 Ocean Drive, Units 315 and 316, Miami Beach, Florida 33139*, Case No. 21-CV-04060, was filed on May 27, 2021. The civil forfeiture action, like the criminal indictment, is based upon Apte's and Richman's scheme to defraud health care benefit programs and, in turn, investors in their company, uBiome.  The allegations in the civil forfeiture complaint and the indictment each involve the activities of Apte and Richman, as well as their company, uBiome. The cases involve the same period of alleged conduct of Apte and Richman.

The allegations in the cases relate to the same events, occurrences, transactions, and property, and each action includes allegations that Apte and Richman engaged in a scheme to defraud health care benefit programs and investors. Because of the facts and allegations common to each action, the actions

may entail substantial duplication of labor if heard by different judges. For these reasons, pursuant to Local Rule 8-1(c)(4), the government believes that assignment to a single judge is likely to conserve judicial resources and promote an efficient determination of the action.

DATED: May 27, 2021                                      Respectfully submitted,

                                                         STEPHANIE M. HINDS
                                                         Acting United States Attorney


                                                         _____/s/_____
                                                         CHRIS KALTSAS
                                                         Assistant United States Attorney